No. 861. McELROY ET AL. *v.* BOROUGH OF FORT LEE. May 25, 1931. Petition for writ of certiorari to the Cir-

854

cuit Court of Appeals for the Third Circuit denied. *Mr. William H. Carey* for petitioners. *Mr. Howard Mackay* for respondent.